IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ELMER WALTON LEE,** | CIV S-07-2184 LEW GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **JAMES A. YATES, et al.,** | |
| Respondents. | |

Upon considering Respondent's request, and good cause appearing, Respondent shall have an additional 30 days, to and including February 4, 2008, to file a response to Petitioner's petition for writ of habeas corpus.

Dated: 01/08/08          /s/ Gregory G. Hollows
                                        U.S. Magistrate Judge

lee2184.po

lee2184.po.wpd
SA2007103484

Request for an Enlargement of Time and Declaration in Support Thereof; [Proposed] Order

1